In the Matter of the Judicial Settlement of the Accounts of FREDERICK F.

SCHUMMERS and Others, as Executors, etc., of FRANC C. SCHUMMERS, Deceased. — Motion granted, allowing appellants to file undertaking on appeal *nunc pro tunc.*